■ STATE DIVISION OF HUMAN RIGHTS, Respondent, v SHERATON GATEHOUSE MOTOR INN, Petitioner. (Proceeding No. 2.)—Petition granted, order and determination unanimously annulled, on the law and facts, without costs, and complaint dismissed. Same memorandum as in *State Div. of Human Rights v Gannett Co.* (61 AD2d 1134). (Proceeding pursuant to Executive Law, § 298.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ In the Matter of ROBERT DE SANTIS, Respondent, v ANGELA PEDONE et al., Constituting the Board of Elections of Oneida County, Respondents, and JOSEPH PASQUALETTI, Appellants. (Appeal No. 1.)—Order and amended order unanimously affirmed, without costs. Same memorandum as in *Matter of De Santis v Pedone* (61 AD2d 1136). (Appeal from order and amended order of Oneida Supreme Court—recanvass.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.

■ In the Matter of ROBERT DE SANTIS, Respondent, v ANGELA PEDONE et al., Constituting the Board of Elections of Oneida County, Respondents, and JOSEPH PASQUALETTI, Appellant. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Matter of De Santis v Pedone* (61 AD2d 1136). (Appeal from order of Oneida Supreme Court—special appearance, jurisdiction, etc.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.